```
IN THE UNITED STATES DISTRICT COURT
   FOR THE MIDDLE DISTRICT OF GEORGIA
            COLUMBUS DIVISION
```

| | |
|---|---|
| OLEKSANDR PROSTOTIN, | * |
| Petitioner, | * |
| vs. | * |
| | CASE NO. 4:17-CV-120-CDL-MSH |
| WARDEN, STEWART DETENTION CENTER, *et al.*, | * |
| | * |
| Defendants. | |
| | * |

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on September 12, 2018. Neither party objected to the Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 10th day of October, 2018.

                                        S/Clay D. Land
                                        CLAY D. LAND
                                        CHIEF U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA